MOLLIE M. BURKS  (SBN: 222112)
SAT SANG S. KHALSA  (SBN: 256130)
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (510) 463-8668
Facsimile: (415) 986-8054
mburks@grsm.com
skhalsa@grsm.com

Attorneys for Defendants
LINN STAR TRANSFER, INC. and
KEVIN ABBEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO AGUILAR, an individual, on behalf of himself and other similarly situated and on behalf of the State of California,<br><br>Plaintiff,<br><br>v.<br><br>LINN STAR TRANSFER, INC., an Iowa Corporation; KEVIN ABBEY, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.<br><br>**DECLARATION OF MOLLIE M. BURKS IN SUPPORT OF LINN STAR TRANSFER, INC.'s NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. § § 1332, 1441, 1446** |

**DECLARATION OF MOLLIE M. BURKS**

I, Mollie M. Burks, declare as follows:

1.     I am an attorney duly licensed to practice law before all courts of the State of California and the United States District Court for the Northern District of California, and am a partner with Gordon Rees Scully Mansukhani, LLP, attorney for Defendants Linn Star Transfer, Inc., and Kevin Abbey ("Defendants").  I am a member in good standing with the State Bar of California.  I have personal knowledge of the following facts, except for those based on information and belief, which I believe to be true, and if called upon to testify, I could and would competently testify to their truth and accuracy.

-1-
DECLARATION OF MOLLIE M. BURKS

2. This declaration is submitted in support of Defendants' Notice of Removal to the United States District Court for the Northern District of California under 28 U.S.C. § 1332, 1441 and 1446.

3. In executing this declaration, I do not intend, and Defendants have not authorized me, to waive any protections or privileges Defendants may have as to proprietary, trade secret, and/or confidential information, or to waive Defendants' attorney-client privilege as to any of its communications or to waive the work product immunity developed in anticipation of or in response to litigation. I intend only to describe certain factual matters that are pertinent to this declaration.

4. I have extensive experience litigating wage and hour class actions and single plaintiff claims throughout California in both state and federal courts. I routinely litigate claims arising under the California Labor Code such as the type asserted by Plaintiff Arturo Aguilar in this matter. I have handled in excess of one-hundred such matters.

5. A number of the specific claims asserted by Plaintiff in this action under the California Labor Code allow for the recovery of attorney's fees and costs to a prevailing plaintiff. In my experience litigating such cases, it is not uncommon, and in fact quite regular, for attorney's fee and cost awards (or resolutions through informal discussions with opposing counsel) to exceed $100,000. Attorney fee and cost payments tendered (or for judgments entered) to the plaintiff's counsel routinely adds significant financial exposure to the defendant employer and is a recoverable element of damages in lawsuits involving claims for unpaid wages under the California Labor Code.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

6. Defendant Linn Star Transfer, Inc., is a corporation organized under the laws of the State of Iowa, with its principal place of business in Cedar Rapids, Iowa.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and if called as a witness I could and would so testify.

This Declaration is dated this 1st day of March, 2019.

/s/Mollie M. Burks
Mollie M. Burks

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

1175784/43673586v.1